■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUKE H., Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered April 10, 1987, which revoked defendant's probation and imposed a sentence of imprisonment.

Appeal dismissed. *(See, People v Lester,* 137 AD2d 871.) Mahoney, P. J., Casey, Yesawich, Jr., and Harvey, JJ., concur.